FILED'08 AUG 07 16:36USDC-ORM

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| MICHELE A. PEDRAITA, | Civil No. 1:07-CV-3087-CL |
| Plaintiff, | |
| vs. | JUDGEMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

The Court hereby enters the following Judgment:

This matter is **REVERSED** and **REMANDED** to the Commissioner for further administrative proceedings, a new hearing, and a new decision pursuant to sentence four of 42 U.S.C. § 405(g) consistent with this Court's Order dated August 6, 2008.

DATED this 7 day of August, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

Page 1    JUDGMENT - [1:07-CV-3087-CL]